IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Ruby

Printed: 01/22/09

Case Number:  08 B 24525
Judge:  Wedoff, Eugene R
Filed:  9/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 11, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 38,147.88 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 455.43 | 0.00 |
| 4. | Chicago First Credit Union | Unsecured |  | No Claim Filed |
| 5. | Capital One | Unsecured |  | No Claim Filed |
| 6. | CB Accounts | Unsecured |  | No Claim Filed |
| 7. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 8. | Chicago First Credit Union | Unsecured |  | No Claim Filed |
| 9. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |
| 10. | Midland Finance Company/CPS | Unsecured |  | No Claim Filed |
| 11. | Allied Interstate | Unsecured |  | No Claim Filed |
| 12. | Chicago First Credit Union | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 38,603.31 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johnson, Ruby | Case Number:  08 B 24525 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  9/16/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

